# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT T. VASVARI, individually and on behalf of all other persons similarly situated, | : : : : : | Case No. 1:09-CV-02069-JEJ<br>Complaint Filed: July 22, 2009<br><br>(JUDGE JOHN E. JONES, III) |
| Plaintiffs, | : | |
| vs. | : : | |
| RITE AID CORPORATION and ECKERD CORPORATION, d/b/a RITE AID, | : : : | Filed Electronically |
| Defendants. | | |

## SUPPLEMENTAL APPENDIX OF
## EXHIBITS AND UNREPORTED AND ELECTRONICALLY AVAILABLE
## CASES CITED IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
## PURSUANT TO FED. R. CIV. P. 12(C)

Dated:  November 8, 2010

_____*s/Patrick G. Brady*_____

| | |
|---|---|
| Patrick G. Brady, Esq. (*Pro Hac Vice*) | Brian P. Downey, Esq. (PA 59891) |
| pbrady@ebglaw.com | downeyb@pepperlaw.com |
| **EPSTEIN BECKER & GREEN, P.C.** | **PEPPER HAMILTON LLP** |
| One Gateway Center | 100 Market Street, Suite 200 |
| Newark, New Jersey 07102 | Harrisburg, Pennsylvania 17108-1181 |
| Phone:  (973) 642-1900 | Phone:  (717) 255-1155 |
| Fax: (973) 639-8556 | Fax: (717) 238-0575 |

**Attorneys for Defendants**
Rite Aid Corporation and
Eckerd Corporation d/b/a Rite Aid

10591377_1.DOC

## TABLE OF EXHIBITS

Sherhill v. Cellco Partnership, ..................................................................................A
    2008 U.S. Dist. LEXIS 91477 (E.D. Pa. Apr. 7, 2008)
    Complaint

Burkhart-Deal v. CitiFinancial, Inc., .........................................................................B
    2008 WL 4793749 (W.D. Pa. Oct. 31, 2008)

Burkhart-Deal v. Citifinancial, Inc., ..........................................................................C
    2008 WL 2357735 (W.D. Pa. June 5, 2008)

Ellison v. Autozone Inc., ............................................................................................D
    2007 WL 2701923 (N.D. Cal. Sept. 13, 2007)

Zelinsky v. Staples, Inc., .............................................................................................E
    2008 WL 4425814 (W.D. Pa. Sept. 29, 2008)

Barnett v. Wash. Mut. Bank, FA, .............................................................................. F
    2004 WL 2011462 (N.D. Cal. Sept. 9, 2004)

Bahramipour v. Citigroup Global Mkts, Inc.,............................................................G
    2006 WL 449132 (N.D. Cal. Feb. 22, 2006)

Flores v. Albertson's, Inc., .........................................................................................H
    2003 WL 24216269 (C.D. Cal. Dec. 9, 2003)

Aquilino v. Home Depot U.S.A., Inc., ........................................................................I
    2006 WL 2023539 (D.N.J. July 18, 2006)

Westerfield v. Washington Mutual Bank, ..................................................................J
    2007 WL 2162989 (E.D.N.Y. July 26, 2007)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Supplemental Appendix** and **Exhibits** thereto was filed electronically this date and this Certificate of Service and said filing are available for viewing and downloading from the ECF system of the United States District Court for the Middle District of Pennsylvania.  I further certify that on this date service was made upon the following Plaintiff's counsel via the ECF system and a true and correct copy of the foregoing was sent via First Class Mail, postage pre-paid, to Plaintiff's counsel as follows:

> **Klafter Olsen & Lesser LLP**
> Fran L. Rudich, Esq.
> Seth R. Lesser, Esq.
> Two International Place
> Suite 350
> Rye Brook, NY 10573
>
> **The Winebrake Law Firm, LLC**
> Peter D. Winebrake, Esq.
> R. Andrew Santillo, Esq.
> 715 Twining Office Center
> Suite 211
> Dresher, PA 19025
>
> **Barkan Neff Handelman Meizlish, LLP**
> Robert E. DeRose, Esq.
> Robert K. Handelman, Esq.
> Sanford A. Meizlish, Esq.
> Shannon R. Baith, Esq.
> Katherine A. Stone, Esq.
> 360 S. Grant Avenue, P.O. Box 1989
> Columbus, OH 43216-1989

Dated:  November 8, 2010             *s/Patrick G. Brady*
                                                              Patrick G. Brady

10591377_1.DOC